Robert N. Campbell, Esq., State Bar No. 95679
**CAMPBELL & CLARK**
1648 Riverside Drive
Redding, CA 96001
(530) 244-6286 Phone
(530) 244-3672 Facsimile

Attorney for Plaintiff
**JAMES G. HENDRICKS**

**United States District Court**

**Eastern District of California**

| | |
|---|---|
| JAMES G. HENDRICKS, ) | No. 2:14-cv-00647-DAD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER RE FILING OF AMENDED COMPLAINT** |
| ) | |
| v. ) | |
| ) | |
| COMMISSIONER OF THE ) | |
| SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to the Court's Scheduling Order of March 10, 2014, the Defendant was to file the Administrative Record and an Answer on or before June 29, 2014; however, the parties have entered into the following Stipulation, subject to Court approval:

//
//
//
//
**

1

**IT IS HEREBY STIPULATED** by and between the parties through their undersigned counsel, that plaintiff shall file his "Amended" Complaint on or before June 6, 2014 and that Defendant shall file the Administrative Record and Answer within 30-days from service of plaintiff's "Amended" Complaint. The parties will thereafter proceed as set forth under the Court's Scheduling Order of March 10, 2014.

Dated: June 6, 2014                               **CAMPBELL & CLARK**

                                                 **By:   /s/ Robert N. Campbell**
                                                 **ROBERT N. CAMPBELL**
                                                 Attorney for Plaintiff
                                                 **JAMES G. HENDRICKS**

                                                 **BENJAMIN B. WAGNER**
                                               **United States Attorney**

Dated: June 6, 2014                               By: /s/Lynn Harada
                                                 **LYNN HARADA**
                                               **Special Assistant U.S. Attorney**
                                               **Attorney for Social Security Admin.**

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: June 13, 2014

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
hendricks0647.stip.am.compl.ord.doc

**

2